UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH L. JONES,<br><br>    Plaintiff(s),<br> v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendant(s). | CASE NO. C25-1696-KKE<br><br>MINUTE ORDER ASSIGNING A UNITED STATES MAGISTRATE JUDGE |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) The Court finds that the conditions of Plaintiff's community custody, which are the subject of this lawsuit, qualify Plaintiff as "in state … custody" for purposes of General Order 05-25, and that Plaintiff is "challenging conditions of confinement" and "asserting other claims, pursuant to 42 U.S.C. § 1983." General Order 05-25 Modifying General Order 12-24, ¶ 3.

(2) Accordingly, the Clerk is directed to randomly assign a United States Magistrate Judge to "handle non-dispositive matters and submit a Report & Recommendation on dispositive matters" in this case pursuant to General Order 05-25. *Id.*

Dated this 3rd day of October 2025.

<u>Ravi Subramanian</u>
Clerk

<u>/s/ Alejandro Pasaye Hernandez</u>
Deputy Clerk

MINUTE ORDER ASSIGNING A UNITED STATES MAGISTRATE JUDGE - 2